■ HERBERT B. LIVESEY, JR., Appellant, v. HARRIET J. A. LIVESEY, Respondent.— In a consolidated action for separation and divorce, the plaintiff

husband appeals from an order of the Supreme Court, Westchester County, entered February 24, 1960, precluding him from offering any testimony on the trial except as to certain portions of the bill of particulars enumerated in said order. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.